# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY ALBERT BAGGETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FRESNO, *et al.*,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01024-BAM (PC)<br><br>ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 5) |

　　　Plaintiff Anthony Albert Baggett ("Plaintiff") is a civil detainee and former county jail inmate appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).  This action was initiated in the Sacramento Division of the United States District Court for the Eastern District of California on August 6, 2024.  (ECF No. 1.)  The action was transferred to the Fresno Division on August 28, 2024.  (ECF No. 6.)

　　　Currently before the Court are Plaintiff's motions for leave to proceed *in forma pauperis*, filed August 6, 2024 and August 8, 2024.  (ECF Nos. 2, 5.)  Examination of these documents reveals that Plaintiff is unable to afford the costs of this action.  Accordingly, the motions to proceed *in forma pauperis*, (ECF Nos. 2, 5), are HEREBY GRANTED.

IT IS SO ORDERED.

　　　Dated:   **August 29, 2024**　　　　　　　　/s/ *Barbara A. McAuliffe*　　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1